IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ERNEST L. TAYLOR,

          Petitioner,

  v.                      CASE NO. 23-3203-JWL

TIM EASLEY,

         Respondent.

### MEMORANDUM AND ORDER

  This matter is a petition for writ of habeas corpus under 28 U.S.C. § 2241 filed pro se by Petitioner and state prisoner Ernest L. Taylor. On May 29, 2024, the Court denied the petition and declined to issue a certificate of appealability. (Doc. 24.) On June 3, 2024, the Court received from Petitioner a motion seeking the issuance of a subpoena and asking that this matter be stayed until the subpoena is issued. (Doc. 26.) Because this matter is closed, it would be improper for the Court to issue a subpoena or stay this matter.

  **IT IS THEREFORE ORDERED** that the motion for subpoena (Doc. 26) is **denied.** This case will remain closed.

  **IT IS SO ORDERED.**

  DATED: This 3rd day of June, 2024, at Kansas City, Kansas.

                  s/ John W. Lungstrum
                  JOHN W. LUNGSTRUM
                  United States District Judge